DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

12 DECEMBER 2012

| 090P07-7 | State v. Lindo Nickerson | 1. Def's *Pro Se* PWC to Review the Order of Granville County Superior Court | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed In Forma Pauperis | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as Moot |
| | | 4. Def's *Pro Se* Motion for Preservation of Notes, Tapes, and Other Evidence | 4. Dismissed |
| | | | **Jackson, J., Recused** |
| 090P12 | Thomas D. Bowers, Herman R. Guthrie, and Dorothy G. Guthrie v. Wayne Temple; Steve Hargis; James Fitts; Corky Jones; and William Whaley, in personam and as the Board of Directors of Leeward Harbor Homeowner's Inc. and Leeward Harbor Homeowner's Inc. | Plts' PDR Under N.C.G.S. § 7A-31 (COA11-566) | Denied |
| 100P12 | Samuel and Doris Fort, Julia Katherine Faircloth, and Raeford B. Lockamy, II v. County of Cumberland, North Carolina and TigerSwan, Inc., Intervenor | Respondents' (County of Cumberland and TigerSwan) PDR Under N.C.G.S. § 7A-31 (COA11-758) | Denied |
| 122P12 | State v. Perry Ross Schiro | Def's PDR Under N.C.G.S. § 7A-31 (COA11-1092) | Denied |
| 126P12-2 | State v. Donnell Freeman | 1. Def's *Pro Se* Motion for NOA (COAP12-130) | 1. Dismissed *Ex Mero Motu* |
| | | 2. Def's *Pro Se* Motion for PDR | 2. Dismissed |
| | | 3. Def's *Pro Se* PWC to Review Order of COA | 3. Dismissed |